AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC F. ANDERSON, INCORPORATED, a California corporation <br> Plaintiff <br> v. <br> TELEKENEX, INC., a Delaware corporation; and DOES 1 through 10, inclusive <br> Defendant | ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> CV 08 3319 MHP |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
    TELEKENEX, INC., a Delaware corporation
    c/o Agent for Service of Process: Brandon Chaney
    3221 30th Street, 2nd Floor
    San Francisco, CA 94110

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

        Donald S. Simon (Bar No. 189992)
        Garret D. Murai (Bar No. 215667)
        Wendel, Rosen, Black & Dean LLP
        1111 Broadway, 24th Floor
        Oakland, CA 94607-4036
    Telephone: (510) 834-6600/Facsimile: (510) 834-1928

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Name of clerk of court

Date: JUL - 9 2008

ANNA SPRINKLES
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com