E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC F. ANDERSON, INCORPORATED, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TELEKENEX, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 08 3319<br><br>[PROPOSED] ODER GRANTING EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |
|---|---|

Plaintiff ERIC F. ANDERSON, INCORPORATED's ("EFA") Ex Parte Motion for Temporary Restraining Order and Order to Show Cause Re. Preliminary Injunction came on for hearing before the Court on July ___, 2008 at _____ in Courtroom _____ of the Court located at 450 Golden Gave Avenue, San Francisco. The Court having considered the complaint, all papers filed in support and opposition to the ex parte motion, the arguments of counsel as requested or directed, and good cause appearing therefore:

IT IS HEREBY ORDERED:

1. EFA's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause Re. Preliminary Injunction is GRANTED.

2. Defendant TELEKENEX, INC. ("Telekenex") shall immediately reconnect EFA's

1  telephone lines.

2    3.    Telekenex shall immediately port EFA's telephone lines to its new
3  telecommunications provider LCR Premysis Technologies.

4    4.    EFA is ordered to file an undertaking within five (5) business days in the sum of
5  $_____.

6    5.    Telekenex is ordered to show cause and to appear on _____
7  at _____ in Courtroom _____ of this Court located at 450 Golden Gate Avenue, San
8  Francisco, California to show cause, if any, why a preliminary injunction should not issue
9  continuing the above temporary restraining order. Opposition papers shall be filed and eserved
10 on or before _____. Reply papers shall be filed and eserved on or
11 before _____.

12    6.    A copy of this order shall be served upon Telekenex's agent for service of process.

13 Dated: July ___, 2008

_____
U.S. District Court Judge

- 2 -

ORDER