1  Donald S. Simon, Bar No. 189992
   Garret D. Murai, Bar No. 215667
2  **WENDEL, ROSEN, BLACK & DEAN LLP**
   1111 Broadway, 24th Floor
3  Oakland, California 94607-4036
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928
   Email: gmurai@wendel.com
5
   Attorneys for Plaintiff
6  ERIC F. ANDERSON, INCORPORATED

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  ERIC F. ANDERSON, INCORPORATED,        Case No. CV 08 3319 MHP
    a California corporation,
12                                          **NOTICE OF WITHDRAWAL OF EX
                Plaintiff,                  PARTE MOTION FOR TEMPORARY
13                                          RESTRAINING ORDER AND ORDER TO
         vs.                                SHOW CAUSE RE PRELIMINARY
14                                          INJUNCTION**
    TELEKENEX, INC., a Delaware
15  corporation; and DOES 1 through 10,
    inclusive,
16
                Defendants.
17

18       TO ALL PARTIES AND THEIR ATTORNES OF RECORD:

19       PLEASE TAKE NOTICE that Plaintiff ERIC F. ANDERSON, INCORPORATED hereby

20  withdraws its Ex Parte Motion for Temporary Restraining Order and Order Re: Preliminary

21  Injunction set for hearing on July 10, 2008 at 3:00 p.m. in Courtroom 15 of the Court located at

22  450 Golden Gate Avenue, San Francisco, California.

23  Dated: July 10, 2008                    WENDEL, ROSEN, BLACK & DEAN LLP

24

25                                          By _____
                                               Garret D. Murai
26                                             Attorneys for Plaintiff
                                               ERIC F. ANDERSON, INCORPORATED
27

28

*NOTICE OF WITHDRAWAL OF EX PARTE MOTION -*
*Case No. CV 08 3319 MHP*

011644.0009\963125.1