Donald S. Simon (Bar No. 189992)
Garret D. Murai (Bar No. 215667)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA  94607-4036
Telephone:  (510) 834-6600
Facsimile: (510) 834-1928
Email: gmurai@wendel.com

Attorneys for Plaintiff
ERIC F. ANDERSON, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC F. ANDERSON, INCORPORATED, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TELEKENEX, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV 08 3319 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff ERIC F. ANDERSON, INCORPORATED hereby dismisses the above-captioned action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: October 8, 2008

**WENDEL, ROSEN, BLACK & DEAN LLP**

By:     /s/ Garret D. Murai
Garret D. Murai
Attorneys for Plaintiff
ERIC F. ANDERSON, INCORPORATED

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

011644.0011\1069789.1

NOTICE OF VOLUNTARY DISMISSAL